UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
MIDLAND-ODESSA DIVISION

| | |
|---|---|
| HYUNDAI CAPITAL AMERICA, a California corporation  *Plaintiff,*  v.  KELLY GRIMSLEY AUTO GROUP, LTD., K. GRIMSLEY, L.L.C., AND KELLY J. GRIMSLEY,  *Defendants.*  v.  U.S. BANK NATIONAL ASSOCIATION,  *Intervening Plaintiff.* | Case No. 7:25-cv-00143-RCG |

**JOINT STATUS REPORT AND STIPULATION OF DISMISSAL OF ACTION WITH PREJUDICE**

Pursuant to FED. R. CIV. P. 41(a)(1)(A)(ii) and the directives set forth in the Court's Order Extending Temporary Restraining Order and Postponing Preliminary Injunction Hearing dated August 25, 2025 (ECF 46) (the "TRO"), Plaintiff Hyundai Capital America ("Hyundai"), Defendants Kelly Grimsley Auto Group, LTD., K. Grimsley, L.L.C., and Kelly J. Grimsley ("Dealer"), and Intervening Plaintiff U.S. Bank National Association ("U.S. Bank") (collectively, the "Parties"), by and through their respective and undersigned counsel, do hereby jointly state, stipulate, and agree as follows:

1. Following the Court's entry of the TRO on August 25, 2025, Dealer closed the "Asset Sale" that is the subject of the TRO and, after reaching separate settlement agreements with Hyundai and U.S. Bank respectively, disbursed the Asset Sale proceeds in accordance with the

terms of those separate agreements, the TRO, and the Court's Agreed Order Granting Preliminary Injunction and Other Relief dated May 14, 2025 (ECF 24) (the "Preliminary Injunction").

2. Accordingly, because the disputes between the Parties at issue in this action have now been resolved, the Parties, by and through their respective and undersigned counsel, do hereby stipulate and jointly request that: (a) both the TRO and Preliminary Injunction be withdrawn and dissolved, and (b) that this action be dismissed with prejudice, and without an award of fees or costs to any Party.

Dated: September 5, 2025

**STIPULATED AND AGREED:**

PADFIELD & STOUT, L.L.P.
100 Throckmorton Street, Suite 700
Fort Worth, Texas 76102
(817) 338-1616 phone
(817) 338-1610 fax

/s/ Matthew B. Fronda
Mark W. Stout
State Bar I.D. #24008096
mstout@padfieldstout.com
Matthew B. Fronda
State Bar I.D. #24086264
mfronda@padfieldstout.com
Kelsey N. Linendoll
State Bar I.D. #24120975
klinendoll@padfieldstout.com

*Attorneys for Plaintiff Hyundai Capital America*

DORSEY & WHITNEY LLP
200 Crescent Court, Suite 1600
Dallas, Texas 75201
(214) 981-9900 – Telephone
(214) 981-9902 – Fax

/s/ J. Brian Vanderwoude
J. Brian Vanderwoude
State Bar I.D. #24047558
vanderwoude.brian@dorsey.com
Alexa Balderrama
State Bar I.D. #24123976
balderrama.alexa@dorsey

and

DORSEY & WHITNEY LLP
50 South Sixth Street, Suite 1500
Minneapolis, MN 55402
(612) 340-2600 – Telephone
(612) 340-2868 – Fax
Michael Stinson (*pro hac vice*)
Minnesota Bar #03924821
stinson.mike@dorsey.com
Scott Mah (*pro hac vice*)
Minnesota Bar #04018542
mah.scott@dorsey.com

*Attorneys for U.S. Bank National Association*

MCWHORTER, COBB, & JOHNSON, LLP
1722 Broadway (79401)
P.O. Box 2547
Lubbock, Texas 79408
(806) 762-0214 - Telephone
(806) 498-4808 - Fax

/s/ Timothy Pridmore
Timothy T. Pridmore
State Bar I.D. #0078824
tpridmore@mcjllp.com

and

Harper Estes
State Bar I.D. #00000083
hestes@lcalawfirm.com
LYNCH, CHAPPELL & ALSUP
A Professional Corporation
Suite 700
300 North Marienfeld
Midland, Texas 79701
(432) 683-3351 - Telephone
(432) 683-2587 – Telecopier

*Attorneys for Defendants Kelly Grimsley Auto Group, LTD., K. Grimsley, L.L.C., and Kelly J. Grimsley*

## CERTIFICATE OF SERVICE

The undersigned certifies that on September 5, 2025, I have served a copy of the forgoing Joint Stipulation of Dismissal With Prejudice of Action Against Defendants Kelly Grimsley Auto Group, LTD., K. Grimsley, L.L.C., and Kelly J. Grimsley on all counsel of record electronically or by another manner authorized by Federal Rule of Civil Procedure 5(b)(2).

/s/ Matthew B. Fronda
Matthew B. Fronda